ROBERT P. ELLIOTT AND ELLEN R. ELLIOTT, HIS WIFE, AND
C. R. MATHIS AND ALONZO W. WEEKS, DOING BUSINESS
UNDER THE FIRM NAME OF MATHIS & WEEKS, AND
ELLEN R. ELLIOTT, MINOR CHILD OF ROBERT P. ELLIOTT
AND ELLEN R. ELLIOTT, HIS WIFE, BY J. B. MOFFETT,
GUARDIAN AD LITEM OF SAID MINOR, *Appellants,* v. THE
CAPITAL CITY BANK, A CORPORATION UNDER THE LAWS
OF THE STATE OF FLORIDA, *Appellee.*

Decision Filed March 3, 1921.

An Appeal from a Decree of the Circuit Court within
and for the County of Leon; E. C. Love, Judge.

*J. B. Moffett* and *John H. Carter,* for Appellants;

*George B. Perkins* and *Fred T. Myers,* for Appellee.

PER CURIAM.—This cause having been heretofore sub-
mitted to the Court upon the transcript of the record of
the decree aforesaid, and briefs and argument of counsel
for the respective parties, and the record having been
seen and inspected, and the Court being now advised of
its judgment to be given in the premises, it seems to the
Court that there is no error in the said decree; it is,
therefore, considered, ordered and adjudged by the Court
that the said decree of the Circuit Court be, and the same
is hereby, affirmed.

BROWNE, C. J., AND TAYLOR, WHITFIELD AND ELLIS, J. J.,
concur.

WEST, J., not participating.